**E-FILED**
Tuesday, 03 January, 2006 05:18:23 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT

DISTRICT OF

**APPEARANCE**

v.

Case Number:

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

I certify that I am admitted to practice in this court.

Date

Signature

Print Name                                      Bar Number

Address

City                State            Zip Code

Phone Number                                    Fax Number