UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
Peoria Division

NANCY WEBB,

       Plaintiff,

v.

CIGNA CORPORATION AND
LIFE INSURANCE COMPANY
OF NORTH AMERICA,

       Defendants.

Case No. 05-1332

Hon. Micheal M. Mihm

Magistrate Judge John A. Gorman

### DEFENDANTS' CERTIFICATE OF INTEREST

The undersigned, counsel of record for CIGNA CORPORATION AND LIFE INSURANCE COMPANY OF NORTH AMERICA furnishes the following in compliance with Rule 11.3 of this Court.

(1) CIGNA CORPORATION, LIFE INSURANCE COMPANY OF NORTH AMERICA

(2) LIFE INSURANCE COMPANY OF NORTH AMERICA is wholly owned by Connecticut General Corp.

CIGNA CORPORATION has no parent company, is publicly held and there are no corporate stockholders which are publicly held companies that own 10 percent or more of the stock of CIGNA CORPORATION.

(3) Gonzalez, Saggio and Harlan, L.L.P.

    s/Elizabeth A. McDuffie
    Attorney for Defendants
    Gonzalez, Saggio & Harlan, L.L.P.
    208 S. LaSalle Street
    Suite 1460
    Chicago, IL 60604
    Phone 312- 236-0475
    Fax    312-236-1750
    E-mail: liz_mcduffie@gshllp.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 3, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following: tom.pliura@z-chart.com and I certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants: N/A.

s/Elizabeth A. McDuffie
Attorney for Defendants
Gonzalez, Saggio & Harlan, L.L.P.
208 S. LaSalle Street
Suite 1460
Chicago, IL 60604
Phone 312- 236-0475
Fax     312-236-1750
E-mail: liz_mcduffie@gshllp.com