E-FILED
Wednesday, 04 January, 2006  11:36:09 AM
Clerk, U.S. District Court, ILCD

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 3, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following: tom.pliura@z-chart.com and I certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants: N/A.

                                                s/Elizabeth A. McDuffie
                                                Attorney for Defendants
                                                Gonzalez, Saggio & Harlan, L.L.P.
                                                208 S. LaSalle Street
                                                Suite 1460
                                                Chicago, IL 60604
                                                Phone 312- 236-0475
                                                Fax    312-236-1750
                                                E-mail: liz_mcduffie@gshllp.com