UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

NANCY WEBB,

    Plaintiff,

vs.

CIGNA CORPORATION and LIFE
INSURANCE COMPANY OF NORTH
AMERICA,

    Defendants.

Case No.: 05 C 1332

Honorable Micheal M. Mihm

Magistrate John A. Gorman

**AFFIDAVIT OF FRANK BARLOW**

I, Frank Barlow, hereby declare and affirm under the penalties of perjury, in support of CIGNA Corporation's Motion to Dismiss as follows:

1. I am an Accounting Director, CIGNA Corporation. In this post, I have personal knowledge of the facts set forth herein, and am competent to testify as to such facts.

2. CIGNA Corporation is a corporation organized under the laws of the state of Delaware, with its principal place of business located in Philadelphia, Pennsylvania. CIGNA Corporation is qualified to do business as a general business corporation, not as an insurance company, only in Delaware, Pennsylvania, New York, Connecticut and the District of Columbia. CIGNA Corporation is not authorized, certified, or licensed to do business in any other state.

3. CIGNA Corporation is a holding company; its business is to own the stock of other companies. CIGNA Corporation is not an insurance company and does not offer insurance products or insurance services to the public. CIGNA Corporation does not enter into any agency contracts pursuant to which third parties or agents offer insurance products or insurance services on behalf of CIGNA Corporation.

4. CIGNA Corporation has no office or place of business in the state of Illinois, nor does it own or lease real property in the state of Illinois. CIGNA Corporation is not licensed or registered to do business in Illinois. CIGNA Corporation has not conducted any business in Illinois and does not now conduct any business in Illinois. CIGNA Corporation does not pay income tax or other taxes in the state of Illinois. CIGNA Corporation has no bank accounts in the state of Illinois. CIGNA Corporation has no agents or employees in the state of Illinois and does not conduct or carry on a business or business venture in the state of Illinois. CIGNA Corporation does not conduct business through any of its subsidiaries, including Life Insurance Company of North America ("LINA"), in the state of Illinois or any other state.

5. CIGNA Corporation has not appointed any agent or public official to accept service of process on its behalf in any action brought against it in the state of Illinois.

6. CIGNA Corporation has not entered into any contract or agreement with the Plaintiff in this litigation, nor is it a party to any contract or policy at issue in this action. CIGNA Corporation has not and does not administer or process insurance claims under any insurance policy. Specifically, CIGNA Corporation had no role in the processing or denial of Plaintiff Nancy Webb's ("Plaintiff") claim for benefits under the Group Long Term Disability Insurance Plan, Policy Number LK-0060900 ("Plan"). Further, CIGNA Corporation is not a party to any contract performable, in whole or in part, within the state of Illinois.

7. CIGNA Corporation has not processed, manufactured or sold any products, materials, or things which have been used or consumed, within the state of Illinois in the ordinary course of commerce, trade, or use.

8. CIGNA Corporation has not issued any policies, products or services in relation to the Plan. CIGNA Corporation has not appointed or employed an agent on its behalf to issue group accident insurance policies or coverages in the state of Illinois, or the Plan at issue in this action.

9. CIGNA Corporation is not a party to the Plan.

I declare under penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct.

Executed this 22 day of December, 2005, at Philadelphia, Pennsylvania.

_Frank Barlow_
Frank Barlow