UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
Peoria Division

| | |
|---|---|
| Nancy Webb, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No: 05-1332 |
| ) | |
| CIGNA Corporation and Life Insurance ) | |
| Company of North America, ) | Hon. Michael Mihm |
| ) | Mag. Judge: Hon. John A. Gorman |
| Defendants. ) | |

## ANSWER TO AFFIRMATIVE DEFENSES

NOW COMES the Plaintiff, Nancy Webb, by and through her attorney, Thomas J. Pliura, and in Answer to Defendant's Affirmative Defenses, states as follows:

1. Plaintiff denies Affirmative Defense Number One and further states that Affirmative Defense Number One constitutes a legal conclusion and not a valid affirmative defense.

2. Plaintiff denies Affirmative Defense Number Two and further denies that Plaintiff has an obligation to mitigate damages in an ERISA claim.

3. Plaintiff denies Affirmative Defense Number Three and further states that Affirmative Defense Number Three constitutes a legal conclusion and not a valid affirmative defense.

4. Plaintiff has insufficient knowledge of the full terms and conditions of the underlying policy to either admit or deny the allegations of Affirmative Defense Number Four and further states that Affirmative Defense Number Four constitutes a legal conclusion and not a valid affirmative defense.

5. Plaintiff denies Affirmative Defense Number Five and further states that Affirmative Defense Number Five constitutes a legal conclusion and not a valid affirmative defense.

6. Plaintiff denies Affirmative Defense Number Six and further states that Affirmative Defense Number Six is not a valid affirmative defense.

7. Plaintiff denies Affirmative Defense Number Seven and further states that Affirmative Defense Number Seven constitutes a legal conclusion and not a valid affirmative defense.

8. Plaintiff denies Affirmative Defense Number Eight and further states that Affirmative Defense Number Eight constitutes a legal conclusion and not a valid affirmative defense.

9. Plaintiff has insufficient knowledge of the full terms and conditions of the underlying policy to either admit or deny the allegations of Affirmative Defense Number Nine.

10. Plaintiff denies Affirmative Defense Number Ten.

WHEREFORE, Plaintiff, Nancy Webb, prays for judgment in her favor and against Defendants.

Respectfully submitted this 9nd day of January, 2006

By: s/ Thomas J. Pliura_____
Thomas J. Pliura, 6197063
Attorney for Plaintiff
P.O. Box 130
Le Roy, IL 61752
Ph. (309) 962-2299
Fax (309) 962-4646

Thomas J. Pliura
P.O. Box 130
Le Roy, IL 61752
Ph. (309) 962-2299
Fax (309) 962-4646

## CERTIFICATE OF SERVICE

State of Illinois        )
                         )
County of McLean    )


The undersigned attorney states and says that he served the foregoing Motion upon the individual(s) listed below by electronic notification through the Court Electronic Filing System:

Elizabeth McDuffie
208 S. LaSalle Street
Suite 1460
Chicago, IL 60604


via e-Mail to liz_mcduffie@gshllp.com


This 9th day of January, 2006

By: s/ Thomas J. Pliura_____
Thomas J. Pliura, 6197063
Attorney for Plaintiff
P.O. Box 130
Le Roy, IL 61752
Ph. (309) 962-2299
Fax (309) 962-4646


Thomas J. Pliura
P.O. Box 130
Le Roy, IL 61752
Ph. (309) 962-2299
Fax (309) 962-4646

3