E-FILED
Tuesday, 07 February, 2006  02:32:27 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
Peoria Division

| | | |
|---|---|---|
| Nancy Webb, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No: 05-1332 |
| | ) | Hon Michael Mihm |
| Life Insurance Company of North America, | ) | Mag. Judge: Hon. John A. Gorman |
| | ) | |
| Defendant. | ) | |

**AGREED DISCOVERY PLAN**

NOW COME the parties, through their respective counsel, and hereby submit the following agreed proposed discovery plan for the above-referenced cause of action:

1. The parties have agreed to exchange Rule 26(a)(1) disclosures by April 1, 2006.

2. The deadline for joining additional parties shall be April 15, 2006.

3. The Deadline for amending the pleadings shall be April 15, 2006.

4. Plaintiff shall provide expert materials under Rule 26(a)(2) by May 15, 2006.

5. Defendant shall provide expert materials under Rule 26(a)(2) by July 1, 2006.

6. All discovery, including depositions of experts, is to be completed by August 15, 2006.

7. The deadline for filing case dispositive motions shall be September 30.

8. This matter will be ready for trial November 1, 2006.

Respectfully Submitted this 7th day of February, 2006.

                    By: s/ Thomas J. Pliura_____
Thomas J. Pliura, 6197063
Attorney for Plaintiff
P.O. Box 130
Le Roy, IL 61752
Ph. (309) 962-2299
Fax (309) 962-4646

and: s/ Elizabeth A. McDuffie_____
Elizabeth A. McDuffie,
Attorney for Defendants
208 S. LaSalle Street
Chicago, IL 60604
Phone: 312-236-0475
Fax: 312-236-1750

Thomas J. Pliura
P.O. Box 130
Le Roy, IL 61752
Ph. (309) 962-2299
Fax (309) 962-4646
tom.pliura@zchart.com