E-FILED
Tuesday, 07 February, 2006  02:34:04 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
Peoria Division

NANCY WEBB,

    Plaintiff,

CIGNA CORPORATION AND
LIFE INSURANCE COMPANY
OF NORTH AMERICA,

    Defendants.

Case No. 05-1332
Honorable Michael M. Mihm
Magistrate Judge John A. Gorman

**STIPULATION AND ORDER FOR DISMISSAL**

Defendants, CIGNA Corporation and Life Insurance Corporation of North America ("LINA"), by Elizabeth A. McDuffie, Esq. and Philip S. Holloway, and Plaintiff, Nancy Webb, by her attorney, Thomas Pliura, M.D., J.D., hereby stipulate to the dismissal of CIGNA Corporation as a defendant under the following terms and conditions:

1. LINA is the appropriate party to defend the lawsuit filed by Plaintiff and should Plaintiff prevail, will be solely responsible for the payment of benefits to Plaintiff. Furthermore, Plaintiff has not failed to name any other proper, necessary or indispensable party to this action.

2. CIGNA Corporation is not the appropriate party in this action because it does not offer or administer any insurance policies, including the policy at issue in this matter.

3. Accordingly, the parties agree to dismiss CIGNA Corporation as a defendant with prejudice.

4. That an Order in accordance with the foregoing be entered without further notice.

Dated:   2/7/06     s/ Elizabeth A. McDuffie
Elizabeth A. McDuffie, Esq.
Gonzalez, Saggio, & Harlan, L.L.P.
208 South LaSalle Street, Suite 1460
Chicago, Illinois 60604
(312) 236-0475
(312) 236-1750 (fax)
COUNSEL FOR DEFENDANT


Dated:   2/7/06     s/ Thomas J. Pliura
Thomas J. Pliura M.D., J.D.
P.O. Box 130
Le Roy, Illinois 61752
(309) 962-2299
(309) 962-4646 (fax)
COUNSEL FOR PLAINTIFF

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
Peoria Division

NANCY WEBB,

      Plaintiff,

Case No. 05-1332
Honorable Michael M. Mihm
Magistrate Judge John A. Gorman

CIGNA CORPORATION AND
LIFE INSURANCE COMPANY
OF NORTH AMERICA,

      Defendants.

**ORDER**

Based upon the foregoing stipulation of the Parties by their respective attorneys;

**IT IS HEREBY ORDERED THAT:**

1.     CIGNA Corporation is hereby dismissed with prejudice from the above-captioned action without attorneys fees or costs to either party.

Dated this _____ day of _____, 2006.

                                       **BY THE COURT:**

                                       _____