UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
Peoria Division

| | |
|---|---|
| Nancy Webb, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No: 05-1332 |
| ) | Hon Michael Mihm |
| Life Insurance Company of North America, ) | Mag. Judge: Hon. John A. Gorman |
| ) | |
| Defendant. ) | |

**STIPULATION FOR DISMISSAL WITH PREJUDICE
UNDER RULE 41 A ii**

NOW COME the Plaintiff, Nancy Webb, by and through her attorney, Thomas J. Pliura, and Defendant, Life Insurance Corporation of North America, by and through its Attorney, Elizabeth A. McDuffie, Esq., and pursuant to Rule 41 A ii, hereby stipulate to the dismissal with prejudice of the above-referenced cause, each party to bear its own costs and fees.

By:

s/ Thomas J. Pliura
Thomas J. Pliura, 6197063
Attorney for Plaintiff
P.O. Box 130
Le Roy, IL 61752
Ph. (309) 962-2299
Fax (309) 962-4646

s/Elizabeth A. McDuffie
Elizabeth A. McDuffie
Attorney for Defendants
208 S. LaSalle Street
Suite 1460
Chicago, IL 60604
Phone 312-236-0475
Fax:  312-236-1750

1

## CERTIFICATE OF SERVICE

State of Illinois )
                  )
County of McLean  )

The undersigned attorney states and says that he served the foregoing Stipulation upon the individual(s) listed below via the CM/ECF System:

Elizabeth McDuffie
208 S. LaSalle Street
Suite 1460
Chicago, IL 60604

And via e-Mail to liz_mcduffie@gshllp.com

on the 26th day of October, 2006

By: s/ Thomas J. Pliura
Thomas J. Pliura, 6197063
Attorney for Plaintiff
P.O. Box 130
Le Roy, IL 61752
Ph. (309) 962-2299
Fax (309) 962-4646

Thomas J. Pliura
P.O. Box 130
Le Roy, IL 61752
Ph. (309) 962-2299
Fax (309) 962-4646

2